Case 1:19-mj-00080-MKB Document 14 Filed 02/01/19 Page 1 of 1 PageID #: 26

Warrant of Removal (After Waiver of Hearing)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED** JAN 31 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Receipt & Return

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Magistrate Case No. 19MJ0204 |
| v. | |
| **ANDRE WILBURN** | **WARRANT OF REMOVAL** (After Waiver of Hearing) |

**To: United States Marshal**

A complaint having been filed in the Eastern District of New York, charging defendant **ANDRE WILBURN**, with sexual exploitation of a child and possession of child pornography, in violation of Title 18, United States Code, Sections 2251(a) and 2252(a)(2), and the above-named defendant having been arrested in this district and, after waiving hearing pursuant to Federal Rules of Criminal Procedure 5(c) and 5.1(a), having been committed by a United States Magistrate Judge to your custody pending his removal to that district,

You are hereby commanded to commit the above-named defendant forthwith to the Eastern District of New York and there deliver him to the United States Marshal for that district or to some other officer authorized to receive him.

_____
**HON. LINDA LOPEZ**
United States Magistrate Judge

Dated at San Diego, California, this **31st** day of **January**, 2019.

### RETURN

Eastern District of New York (at Brooklyn)          ss

Received the within warrant of removal the _____ day of _____, 2018, and executed same.

_____
U. S. Marshal

By _____
Deputy Marshal

RECEIVED
U.S. MARSHALS-S/CA
19 JAN 31 PM ...