

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

F# 2018R01745

225 Cadman Plaza East
*Brooklyn, New York 11201*

March 1, 2019

Mr. Andre Wilburn

      Re:  United States V Andre Wilburn (MKB)
            Criminal Docket No. CR 19-108

Dear Mr. Wilburn:

Please take notice that the above case will be called in the United States District Court located at 225 Cadman Plaza East, Brooklyn, New York on **Thursday March 7th, 2019 at 11:00 AM**. Please report to Simon Chrein Arraignment Courtroom 2-A South Wing 2nd floor and at this time you will be required to plead to an Indictment heretofore filed for alleged violation of the United States Code.

If you have not been previously interviewed by a Pretrial Services Officer, you should report to the United States Pretrial Services Agency, which is located on the South Wing Room 219, 2nd Floor in the Courthouse. You should arrive at least one hour before the case is to be called so that a pretrial services report can be completed.

If you fail to attend, a warrant will be sought for your arrest.

Very truly yours,

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY

BY: Nicole Jackson
      Grand Jury Coordinator

cc: Hon M.K. Brodie (Magistrate Orenstein will take the plea)

Virginia Nguyen
Assistant U.S. Attorney

Pretrial Services Officer

James Darrow, Esq.