# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   James Orenstein          DATE:  3/5/19

DOCKET NUMBER:   19CR108(MKB)          LOG #:  2:28 – 2:31

DEFENDANT'S NAME:   Andre Wilburn
   ✓ Present   ___ Not Present      ✓ Custody   ___ Bail

DEFENSE COUNSEL:   James Darrow
   ✓ Federal Defender   ___ CJA      ___ Retained

A.U.S.A:  Virginia Nguyen          CLERK:  Felix Chin

INTERPRETER: _____ (Language) _____

✓ Defendant arraigned on the: ✓ indictment ___ superseding indictment ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ___ Defendant's first appearance.

   ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
   ___ Defendant advised of bond conditions set by the Court and signed the bond.
   ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
   ___ (Additional) surety/ies to co-sign bond by _____
   ___ After hearing, Court orders detention in custody.  ___ Leave to reopen granted

___ Temporary Order of Detention Issued.  Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start 3/5/19  Stop 3/21/19

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

✓ Status conference set for 3/21/19 @ 10:30 before Judge Brodie

Other Rulings: _____