# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   **Roanne L. Mann**              DATE :   **4/23/20**

DOCKET NUMBER:  **19CR108(MKB) & 19CR139(RJD)**    LOG #:Court Reporter   **Linda Marino**

DEFENDANT'S NAME :     **Andre Wilburn**
___ Present   **X** Not Present   **X** Custody   ___ Bail

DEFENSE COUNSEL:   **James Darrow**
 **X** Federal Defender   ___ CJA   ___ Retained

A.U.S.A:   **Virginia Nguyen**              CLERK:   **Felix Chin**

INTERPRETER :                                             (Language)

___ Defendant arraigned on the : ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

**X** DETENTION HEARING Held.   ___ Defendant's first appearance.

   ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.

   ___ Defendant advised of bond conditions set by the Court and signed the bond.

   ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

   ___ (Additional) surety/ies to co-sign bond by _____

   ___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered. Start _____ Stop _____

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge

Other Rulings :   **All parties appeared via teleconference. Dfse counsel waived dft's appearance. Pretrial Officer Celine Ferguson appeared via teleconference. Dfse counsel presented a bail package with 2 sureties citing the conditions at the MDC; govt opposed based on dft's guilty plea in one of his cases possibly increasing dft's risk of flight and danger to the community on the other case; court denied the application. Order of detention remains in effect.**