**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

May 4, 2020

<u>BY ECF</u>

The Hon. Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *United States v. Andre Wilburn*, No. 19 Cr. 108 (MKB)

Your Honor:

    This office represents Andre Wilburn. Pursuant to the Court's order of April 29, 2020, the parties propose the following pretrial motion calendar:

    Defense motion to suppress due June 3, 2020;

    Government response due July 3, 2020;

    Defense reply due July 17, 2020.

    The defense asks that this calendar be set without prejudice to a defense motion to adjourn the calendar should the emergency MDC protocols continue to prevent counsel from reviewing the discovery at length with Mr. Wilburn.

    Respectfully submitted,

    /s James Darrow

    James Darrow
    Assistant Federal Defender
    Tel. (646) 258-6178 (mobile)
    james_darrow@fd.org

    *Attorneys for Andre Wilburn*

cc:    Counsel of record (by ECF)