# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

April 8, 2021

The Hon. Margo K. Brodie
Chief United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Andre Wilburn*, No. 19 Cr. 108 (MKB)

Your Honor:

This office represents Andre Wilburn. I respectfully request that the pretrial motion calendar be adjourned by one month. The government does not object. Mr. Wilburn requires more time to review my draft motion, and I want Mr. Wilburn's recent letter to the Court to be addressed at a hearing before I file further papers on Mr. Wilburn's behalf.

Should the Court grant this request, the amended pretrial motion calendar would be:

Defense motion to suppress due May 10, 2021;

Government response due June 10, 2021;

Defense reply due June 24, 2021.

I ask that, as with the previous calendars, this new calendar be set without prejudice to a further adjournment should disruptions continue. The defense does not oppose granting the government additional time to respond, if needed.

Respectfully submitted,

/s James Darrow

James Darrow
Assistant Federal Defender
James_Darrow@fd.org
(718) 407-7419

*Attorneys for Andre Wilburn*