# THE LAW OFFICE OF CARLOS M. SANTIAGO, P.C.

1l Broadway, Suite 615, New York, NY 10004, E: carlos@santiagolawnyc.com, P: 212-256-8460, F: 917-905-7191



May 13, 2021

**Via ECF and Email**
The Honorable
Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                           Re:     *United States* v. *Andre Wilburn*
                                           19 CR 108 (MKB)

Dear Judge Brodie:

       I hope that this letter finds your Honor in good health and safe from the challenges posed by the coronavirus. Counsel represents the defendant Andre Wilburn in the above-referenced case, pursuant to the Criminal Justice Act.

       A conference in this matter is scheduled for Wednesday, May 19, 2021 at noon. On May 12, 2021, Your Honor informed the parties that the MDC of New York would be unable to accommodate a remote proceeding. As a result, the May 19th conference would be rescheduled. The parties have agreed to adjourn the conference to Thursday, June 9, 2021 at noon.

       Counsel respectfully requests that the time from today through the date set by the Court be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The government consents to the exclusion of time.

                                                              Respectfully submitted,

                                                              Carlos M. Santiago, Jr.
                                                              Counsel for Mr. Wilburn

   cc: All Parties via ECF and Email