7/14/21 RCVD DOCKET J.B.

FILED IN CLERK'S U.S. DISTRICT ... E.D.N.Y.
★ JUN 15 2021 ★
BROOKLYN OFFICE

SCANNED

06/09/2021

U.S. District Court
Eastern District of New York
Office of the Clerk
225 Cadman Plaza East
Brooklyn, New York 11201

RECEIVED JUN 15 2021 scanned PRO SE OFFICE

United States v. Andre Wilburn    Magistrate Case No. 19MJ0204
                                  Criminal Case No. 19MJ204-LL

Please construe this letter as a formal motion. I, Andre Wilburn, move the Court, for an order to return my property that was taken from me (seized) by federal agents during my arrest on January 16, 2019 in the Southern District of California. A request was sent to the SDCA court on May 24, 2021, but was advised that my case was transferred to the Eastern District of New York. The following were taken from my person and I would like to have them returned:

1. Motorola cell phone
2. LG cell phone
3. belt
4. watch
5. money

Additionally, the items on the back of this page were taken (seized) from a hotel room in the SDCA on January 16, 2019 after my arrest. I would like these items returned to me as well:

1. Nintendo Switch game console
2. 400 GB (gigabyte) SD (secure digital) micro card that was installed in (attached to) console

    I am respectfully asking the court to return these items to me as soon as possible.

              Thank You,

              *Andre Wilburn*

              Andre Wilburn #73608-298
              MDC Brooklyn
              PO Box 329002
              Brooklyn, NY 11232

Please print or write "Legal Mail — To be opened only in presence of inmate" on the outside of the envelope to ensure confidentiality.



Andre Wilburn #73608-298
MDC Brooklyn
PO Box 329002
Brooklyn, NY 11232

US District Court
Eastern District of New York
Office of the Clerk
225 Cadman Plaza East
Brooklyn, New York 11201

NEW YORK NY 100
11 JUN 2021 PM 10 L

Legal Mail

Legal Mail

METROPOLITAN DETENTION CENTER
80 29TH ST, BROOKLYN, NY 11232
The enclosed letter was processed through
mail procedures for forwarding to
The letter has neither been opened nor inspected.
If the writer raises a question or a problem over
which this facility has jurisdiction, you may wish
to return the material for further information
or clarification. If the writer encloses correspondence
for forwarding to another addressee, please
return the enclosure to the above address.