FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 20 2021 ★

BROOKLYN OFFICE

07/14/2021

US District Court
Eastern District of New York
Office of the Clerk
225 Cadman Plaza East
Brooklyn, New York 11201



Re: United States v. Andre Wilburn     Case No. 19MJ204-LL

Please construe this letter as a formal motion. I, Andre Wilburn, moves the Court for an order to return my property that was seized by federal agents during my arrest on January 16, 2019 in the Southern District of California. A letter was sent to the SDCA Court on May 24, 2021, but I was quickly advised that my case had been transferred to the Eastern District of New York. On June, 09/2021 [June 09, 2021], a letter to return was then sent to the EDNY Court, but I have yet to receive a reply.

The following items were taken from my person and I would like to have them returned:

1. Motorola cell phone
2. LG Cell phone
3. belt
4. watch
5. money

After my arrest on January 19, 2019, the following were seized from a hotel room:

1. Nintendo Switch game console
2. 400 GB Micro SD card that was attached to console

over →

I would like have all of these items returned to me as soon as possible.

Sincerely,
Andre Wilburn

Andre Wilburn #73608-298
MDC Brooklyn
PO Box 329002
Brooklyn, NY 11232

FILED
JUL 20 2021
BROOKLYN OFFICE

RECEIVED
JUL 20 2021
PRO SE OFFICE

Andre Wilburn #73608298
MDC Brooklyn
PO Box 329002
Brooklyn, NY 11232

US District Court
Eastern District of New York
Office of the Clerk
225 Cadman Plaza East
Brooklyn, New York 11201

U.S.N.S

SPECIAL MAIL



1120181818 C030

SPECIAL MAIL