

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

VTN
F. #2018R01745

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 27, 2021

<u>By Email and ECF</u>

The Hon. Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    United States v. Andre Wilburn
               <u>Criminal Docket No. 19-108 (MKB)</u>

Dear Judge Brodie:

      The government respectfully submits this letter in response to the defendant's <u>pro se</u> motions for the return of certain property, dated June 9, 2021 and July 14, 2021. (<u>See</u> ECF Nos. 41, 42, 43).

      Apart from two cell phones – one Motorola cell phone and one LG cell phone (the "Cell Phones"), the government agrees to return all of the requested property to the defendant. Counsel for the defendant has been placed in contact with a special agent with the United States Department of Homeland Security, Homeland Security Investigations to coordinate logistics for the return of the defendant's property.

      The government declines to return the Cell Phones to the defendant at this time because the Cell Phones contain evidence relevant to the crimes with which the defendant has been charged. The Cell Phones were searched pursuant to warrant authorized by the Honorable Sanket J. Bulsara on or about April 12, 2019. A copy of that warrant and

the affidavit in support thereof were previously provided to the defendant on or about April 23, 2019, pursuant to Rule 16 of the Federal Rules of Criminal Procedure. (WIL000213-WIL000231).

Respectfully submitted,

JACQUELYN M. KASULIS
United States Attorney

By:       /s/

Virginia Nguyen
Special Assistant U.S. Attorney
(718) 254-6280

cc:     Carlos Santiago, Esq. (by email and ECF)