

# THE LAW OFFICE OF CARLOS M. SANTIAGO, P.C.

1l Broadway, Suite 615, New York, NY 10004, E: carlos@santiagolawnyc.com, P: 212-256-8460, F: 917-905-7191

August 27, 2021

**Via ECF and Email**
The Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *United States v. Andre Wilburn*
19 cr 108 (MKB)
August 9, 2021, Pro Se letter

Dear Judge Brodie:

As the Court is aware, Mr. Wilburn filed a Pro Se letter with the Court requesting a copy of the grand jury minutes, or in the alternative, a dismissal of the indictment.[1] In turn, the Court directed counsel to review Mr. Wilburn's submission with him, and to inform the Court whether Mr. Wilburn will proceed with his request.

Counsel has reviewed Mr. Wilburn's submission with him. After review, counsel is not joining Mr. Wilburn's motion. Mr. Wilburn is aware that counsel is not joining his motion and Mr. Wilburn has decided to proceed with his request. If the Court requires any additional information, please do not hesitate to ask.

The Court's attention to this matter is greatly appreciated.

Regards,

Carlos M. Santiago, Jr.

cc:     AUSA Virginia Nguyen

---

[1] Please see docket entry #45 of the Docket Report.