# THE LAW OFFICE OF CARLOS M. SANTIAGO, P.C.

1l Broadway, Suite 615, New York, NY 10004, E: carlos@santiagolawnyc.com, P: 212-256-8460, F: 917-905-7191

October 5, 2021

**Via ECF and Email**
The Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                    Re:   *United States v. Andre Wilburn*
                               19 cr 108 (MKB)
                               Request to be Relieved

Dear Judge Brodie:

      Counsel, having been appointed to represent Mr. Wilburn in the above captioned matter by order dated May 28, 2021, now writes to respectfully and regrettably request that the undersigned be relieved, and that Andre Wilburn be appointed new counsel in the above captioned matter pursuant to the Criminal Justice Act (CJA).

      As the Court is aware, Mr. Wilburn has a separate matter in front of the Honorable Judge Raymond J. Dearie.  Council was representing Mr. Wilburn in that matter as well.  On September 30, 2021, Judge Dearie relieved the undersigned counsel upon appointment of new CJA counsel and set a status conference on that case for October 28, 2021.  Subsequently, the Court appointed Samuel Gregory to represent Mr. Wilburn pursuant to CJA.

      After consulting with ethics counsel, I respectfully asked to be relieved as counsel due to an irreparable breakdown in communication.  To offer the Court more details regarding the breakdown could compromise the attorney-client privilege and would serve no constructive end.  I have informed Mr. Gregory about the matter in front of this Court, and for the purposes of continuity he can be assigned to represent Mr. Wilburn in this matter as well if the Court wishes.

      The Court's attention to this matter is greatly appreciated.

                                                    Respectfully Submitted,

                                                    Regards,

                                                    Carlos M. Santiago, Jr.

cc:   AUSA Virginia Nguyen (via email)

       CJA Samuel Gregory (via email)