

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 20, 2021

By ECF

The Honorable Margo K. Brodie
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Andre Wilburn
           Criminal Docket No. 19-108

Dear Chief Judge Brodie:

      The government respectfully writes to request that the Court grant the government an additional week to October 29, 2021, to respond to the defendant's bail motion as SAUSA Virginia Nguyen, the prosecutor assigned to this matter, is currently on trial before the Honorable Pamela K. Chen.

                                    Respectfully submitted,

                                      BREON PEACE
                                    United States Attorney

                    By:    /s/ Robert Polemeni
                           Robert Polemeni
                           Assistant U.S. Attorney
                           (718) 254-6044