November 13, 2021

Delivery via USPS First Class-Mail

The Hon. Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 01 2021 ★
BROOKLYN OFFICE

in re: United States v. Andre Wilburn, Case no. 19-CR-108 (MKB)

<u>Notice of Appeal</u>

Dear Judge Brodie:

Please take notice, that the defendant, Andre Wilburn, will move the Court of Appeals for the Second Circuit to review the November 10, 2021 status conference in order to confirm that the hearing conformed with the Bail Reform Act of 1984, 18 USC 3141 et.seq.; Rule 46(h) of the Federal Rules of Criminal Procedure, and the Excessive Bail Clause, US Const. Amend VIII.

Respectfully submitted,

Andre

Andre Wilburn #73605298
MDC Brooklyn
PO Box 329002
Brooklyn, NY 11232

November 28, 2021

Delivery via First-Class Mail (USPS)

The Hon. Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

In re: United States v. Andre Wilburn, case no. 19-CR-108(MKB)

Dear Judge Brodie:

The defendant, Andre Wilburn, respectfully writes this letter to the Court seeking an extension to file his Notice of Appeal. This request for extension is based on the most recent of the prejudicial interferences with his access to the Courts and free flow of mail at Brooklyn Metropolitan Detention Center.

On November 13, 2021, the defendants sealed his "Notice of Appeal" and submitted it to the officer on duty as per mail policy. Any correspondence addressed to the Court is "special mail."

On November 25, 2021 the defendants Notice of Appeal was returned to him with no post marks and the envelope opened by the facility staff. This is a flagrant violation of the defendants Constitutional Right to the free flow of mail and Access to the Courts.

The defendant seeks an extention to file his Notice of Appeal, the original attached to this letter.

Andre Wilburn #73708-298
MDC Brooklyn
PO Box 329002
Brooklyn, NY 11232

NEW YORK NY 100
29 NOV 2021 PM 6 L

The Hon. Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

SPECIAL MAIL
USMS

11201-183299