November 28, 2021

Delivery via First-Class Mail (USPS)

The Hon. Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201



RECEIVED DEC 01 2021 PRO SE OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 01 2021 ★
BROOKLYN OFFICE

In re: United States v. Andre Wilburn (19-CR-108)

Dear Judge Brodie:

The defendant, Andre Wilburn, without waiving any other motions, and to be considered in addition to and in connection with any previously submitted motions and any future Speedy Trial Motions, respectfully writes the Court to assert his Constitutional Speedy Trial Right. Additionally, the defendant would like to object to the duration of the Courts November 10, 2021 sua sponte continuance. see U.S. Const. Amend VI.

The following is a brief history of the defendant's assertion:

A. Since meeting former counsel, James Darrow, in February 2019, the defendant has repeatedly asked former counsel to alert the Court of his desire to expeditiously try this case in order to prove his innocence. Instead, former counsel informed the defendant that he would be incarcerated [detained pretrial] for at least eighteen months because of the federal nature of the charges and "voluminous discovery."

B. In March 2021, the defendant sent a letter to the Court asking for additional counsel, and also expressed his desire for trial. see Docket #34.

C. In August 2021, the defendant sent a letter-motion to the Court

requesting a copy of the grand jury transcript because of specified improprieties with the proceeding, including unauthorized persons in attendance and demographic fallacies. This letter also asserted the defendants desire for a prompt trial in order to prove his innocence. see Docket #46

The defendant is again requesting prompt disposition of this case by asserting his Speedy Trial Right so that he could prove his innocence at trial and finally be relieved of these prejudicial and dangerous conditions at Brooklyn Metropolitan Detention Center.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 28, 2021.

Respectfully submitted,

Andre Wilburn #73608-298
MDC Brooklyn
PO Box 329002
Brooklyn, NY 11232

Andre Wilburn #73608298
MDC Brooklyn
PO Box 329002
Brooklyn, NY 11232

NEW YORK NY 100
29 NOV 2021 PM 6 L

USMS

The Hon. Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

SPECIAL MAIL

11201-183299

Case 1:19-cr-00108-MKB   Document 56   Filed 12/01/21   Page 4 of 4 PageID #: 294



METROPOLITAN DETENTION CENTER
80 29TH ST, BROOKLYN, NY 11232
The enclosed letter was processed through mail procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or a problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.