UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X
UNITED STATES OF AMERICA,                    :
                                             :
                                             :
          - against -                        :
                                             :
                                             :          19 CR 108 (MKB)
                                             :
ANDRE WILBURN                                :
                                             :
                    Defendant.               :
------------------------------------------------------------X


## RESPONSE TO DEFENDANT 'S

## LETTER MOTION

Samuel Gregory, Esq
Law Office of Samuel Gregory
16 Court Street, Suite 3500
Brooklyn, New York 11201
Tel: 718-222-2992/718-360-6243
Email: Sam@samgregory.com

*Attorney for Andre Wilburn*

*Law Office of*
**SAMUEL GREGORY**
*16 Court Street, Suite 3500*
*Brooklyn, New York, 11201*
*Telephone: 718-222-2992*
*Email: sam@samgregory.com*
*www.samgregory.com*

*Admitted in NY and NJ*

<u>**VIA ECF**</u>

The Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re**: <u>United States v. Andre Wilburn</u>
Docket # 1:19-Cr-108-MKB

Dear Judge Brodie,

 I apologize for responding one day late to the Court's order. This letter is in response to defendant Andre Wilburn's letter motion to this Court filed under document # 56 on the above mentioned matter docket. I do not join in Mr. Wilburn's objection to this adjournment. I need the time to review the discovery and communicate with Mr. Wilburn. I do ask that I not be required to respond to motions made by Mr. Wilburn in the future. I make this request as I am spending considerable time and resources responding to various motions and appeals made by Mr. Wilburn which were made by him without my knowledge or input.

        Respectfully submitted,

       By: <u>//Samuel Gregory//</u>
         Law Office of Samuel Gregory
         16 Court Street, Suite 3500
         Brooklyn, New York 11201
         Tel: 718-222-2992/718-360-6243
         Email: Sam@samgregory.com
         *Attorney for Andre Wilburn*