**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 29 2021 ★

BROOKLYN OFFICE

December 23, 2021

The Clerk of the Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201



in re: United States v. Andre Wilburn, case No. 19-CR-108 (MKB)
in re: United States v. Lamont Brown, et al #4, case No. 19-CR-139 (RJD)

Dear Clerk:

I am writing the Court to respectfully request the following, in forma pauperis status as I am indigent and the information is necessary for the above-mentioned pending criminal cases.

1. "Statement of Time Limits and Procedures for Achieving Prompt Disposition of Criminal cases for the Eastern District of New York,"

2. "Eastern District Plan for the Prompt Disposition of Criminal Cases" or

3. Any comparable plan for speedy trial for the

Eastern District of New York. Fed R. Cr. P. 50

Again, this information is necessary in order to aid in the speedy disposition of two pending cases and hopefully as an indigent ~~pretrial~~ pretrial detainee, I am able to achieve in forma pauperis status for this request.

I affirm under penalty of perjury that the foregoing is true and correct. Executed on December 23, 2021.

Thank you,

Andre Wilburn #73608-298
MDC Brooklyn
P.O. Box 329002
Brooklyn, NY 11232

Please print or ~~type~~ write "legal mail-open only in presence of inmate" on the outside of the envelope for any replies to this request to ensure receipt.

Andre Wilburn #73608-298
MDC Brooklyn
PO Box 329002
Brooklyn, NY 11232

The Clerk of the Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

NEW YORK NY 100
27 DEC 2021 PM 9 L

USMS

SPECIAL MAIL

11201-183299