FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 10 2022 ★

BROOKLYN OFFICE

January 04, 2022

Delivery via First-Class Mail (USPS)


RECEIVED
JAN 10 2022
PRO SE OFFICE

Clerk of the Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Mr. Douglas C. Palmer:

    If it is possible, I would like my letter-motion returned to me after it is filed with the Court. I greatly appreciate your assistance in regards to this matter. And finally, please print, stamp, or write "legal mail - open only in presence of the inmate" on the outside of the envelope to ensure delivery.

Thank you very much,

Andre W

Andre Wilburn #73608-298
MDC Brooklyn
P.O. Box 329002
Brooklyn, NY 11232

Andre Wilburn #75006-248
MDC Brooklyn
PO Box 329002
Brooklyn, NY 11232

The Honorable
The Honorable R
United States
Eastern Dist
225 Cadm
Brooklyn, NY



Margo K. Brodie
ymond J. Dearie
District Court
ict of New York

on Plaza East

11201

SPECIAL MAIL

540.18