FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 11 2022 ★
BROOKLYN OFFICE


RECEIVED
FEB 11 2022
PRO SE OFFICE

February 07, 2022

Delivery via United States Mail

Clerk of the Court
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

in re: United States v. Wilburn, case No. 19-CR-108 (MKB)

Dear clerk:

    I, Andre Wilburn, would like to respectfully request a free copy of the transcript of the January 26, 2022 in the above referenced case. The transcript is necessary in order to continue to defend myself against charges that have been pending for over three years due to my pretrial detention. see Britt v. North Carolina, 404 US 226, 230 (1971)([A] defendant may obtain a free transcript without proving that all alternatives are inadequate.). This is not to be construed as a motion, but merely a request for a transcript that I am entitled to have since there is no "substantially equivalent alternative" available. Id. And despite the Order dated December 30, 2021, it is in the interest of justice that I am able to defend myself adequately as an accused who has maintained his innocence throughout these proceedings.

RECEIVED
FEB 11 2022
PRO SE OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 11 2022 ★
BROOKLYN OFFICE

Thank you,

*Andre*

Andre Wilburn #73608298
MDC Brooklyn
PO Box 329002
Brooklyn, NY 11232

Andre Wilburn #73608208  
MDC Brooklyn  
PO Box 329002  
Brooklyn NY 11232

The Clerk of the Court  
United States District Court for the  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201



SPECIAL MAIL  
28 CFR 540.18

METROPOLITAN DETENTION CENTER
80 29TH ST, BROOKLYN, NY 11232
The enclosed letter was processed through
mail procedures for forwarding to you
The letter has neither been opened nor inspected.
If the writer raises a question or a problem over
which this facility has jurisdiction, you may wish
to return the material for further information
or clarification. If the enclosed correspondence
for forwarding to another addressee, please
return the enclosure to the above address.