

RECEIVED
APR 13 2022
PRO SE OFFICE

April 10, 2022

Delivery via United States Mail

The Honorable Margo K. Brodie
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

in re: United States v. Wilburn, case No. 19-CR-108

Dear Chief Judge Brodie:

    In the interest of justice and fundamental fairness of the judiciary, I, Andre Wilburn, respectfully demand a speedy trial pursuant to the Speedy Trial Clause of the Sixth Amendment to the United States Constitution and the Speedy Trial Act of 1974, 18 USC 3161-3174.

Respectfully submitted,

A. W.

Andre Wilburn #73608-298
MDC Brooklyn
PO Box 329002
Brooklyn, NY 11232

Andre Wilburn #73608304
MDC Brooklyn
PO Box 329002
Brooklyn, NY 11232

NEW YORK NY 100
11 APR 2022 PM 9 L

SPECIAL
MAIL
26 CFR 540.18

SMS

The Clerk of the Court
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

11201-182299