*Law Office of*
**SAMUEL GREGORY**
*16 Court Street, Suite 3500*
*Brooklyn, New York, 11201*
*Telephone: 718-222-2992*
*Email:Sam@samgregory.com*
*www.samgregory.com*

*Admitted in NY and NJ*

---

**VIA ECF**

The Honorable Chief Judge Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                **Re**: United States v. Wilburn
                    Docket # 19 Cr 108

Dear Judge Brodie,

    Please be advised that I met with Mr. Wilburn today. I understand that Mr. Wilburn has made numerous speedy trial motions. I have not previously joined in these motions and the Court has, therefore, not ruled on the merits of said motions.

    At this time, I would like to formally adopt Mr. Wilburn's motions for dismissal on speedy trial grounds. These motions are document numbers 34, 46, 56, 77 and 79. I ask that this Court consider and rule on Mr. Wilburn's motions as soon as is practicable. I appreciate the Court's attention to this matter.

                                      Respectfully submitted,

                    By:    *//s/Samuel Gregory//*_____
                            Samuel Gregory, Esq
                            Attorney for defendant
                            16 Court Street, Suite 3500

Brooklyn, New York 11201

*Attorney for Andre Wilburn*

Cc: The Hon. Margo K. Brodie (by ECF)
Clerk of Court (MKB) (by ECF)
Virginia Nguyen for the Government (by ECF)